THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MITCHELL SIEGEL, Appellant.

Submitted January 20, 1941; decided February 27, 1941.

*Nathan Ehrenzweig* for appellant.

*Thomas E. Dewey, District Attorney (Richard G. Denzer*
and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.